IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG 10 A 11: 31

CLERK
SO. DIST. OF GA.

NESCO, INC., f/k/a NATIONAL
ENVIRONMENTAL SERVICE CO.,
INC., acting by and through its
successors NESCO LIQUIDATION
TRUST and LINC ACQUISITION
ONE, LLC.,

    Plaintiffs,

vs.

FAIRLEY CISCO, ALETHA CISCO
MOORE, BRITT CLINTON MOORE,
CISCO TRAVEL PLAZA, INC., CISCO
EXPRESS, INC., and GOWEN OIL
CO.,INC.,

    Defendants.

CIVIL ACTION NO.: CV205-142

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of John W. Caven, Jr., Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 6.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Middle District of Florida, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 10th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

JOHN W. CAVEN, JR.
J. MARBURY RAINER
TERRY L. READDICK

CASE NO: CV205-142

DATE SERVED: 8/10/05

SERVED BY: NITA ROSE

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate