IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NESCO, INC., f/k/a NATIONAL
ENVIRONMENTAL SERVICE CO.,
INC., acting by and through its
successors NESCO LIQUIDATION
TRUST and LINC ACQUISITION
ONE, LLC.,

   Plaintiff,

vs.              CIVIL ACTION NO.: CV205-142

FAIRLEY CISCO, ALETHA CISCO
MOORE, BRITT CLINTON MOORE,
CISCO TRAVEL PLAZA, INC., CISCO
EXPRESS, INC., and GOWEN OIL
CO.,INC.,

   Defendants.

## ORDER

  Plaintiff filed a Motion to Compel Responses to Interrogatories and Production of Documents.  Plaintiff seeks an order directing Fairley Cisco, Aletha Cisco Moore, Britt Clinton Moore, Cisco Travel Plaza, Inc., and Cisco Express, Inc., ("the Cisco Defendants") to respond to discovery related to certain issues in this case.  Plaintiff also seeks an award of attorneys' fees and costs for bringing this motion.  The Cisco Defendants filed a response, and on March 23, 2006, the undersigned conducted a hearing.  In a letter dated March 31, 2006, the Cisco Defendants advised the Court that the parties have resolved all of the issues raised in Plaintiff's Motion to Compel with the exception of Requests for Production numbered 10, 14, 20, and 25.

After consideration, Plaintiff's Motion to Compel with regard to Requests for Production numbered 10, 14, 20, and 25, is **DENIED**, as said requests are overly broad and unduly burdensome. Said Defendants have no obligation to produce the documents requested therein. Plaintiff's request for an award of attorneys' fees and costs is also **denied.**

**SO ORDERED**, this 13th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)